# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

JACK RAYMOND, JR.,

    Petitioner,

Case No. 2:10-cv-187

  -vs-

District Judge Gregory L. Frost
Magistrate Judge Michael R. Merz

MICHAEL SHEETS, Warden, Ross Correctional Institution

    Respondent.

## TRANSFER ORDER

With the consent of both of them and that of District Judge Frost, the reference in the above-captioned action is hereby transferred from Magistrate Judge Elizabeth Preston Deavers to Magistrate Judge Michael R. Merz.

November 6, 2012.

                                          s/ *Michael R. Merz*
                                          United States Magistrate Judge